UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES MARSHAL SERVICE, et al.,<br><br>    Defendants. | Case No. 22-cv-09188-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. No. 37 |

On September 13, 2013, Magistrate Judge Ryu issued a Report and Recommendation recommending that this case be dismissed without leave to amend because plaintiff's first amended complaint did not address the deficiencies identified in the Screening Order and plaintiff's allegations are implausible and fantastic. Dkt. No. 37. Pursuant to Federal Rule of Civil Procedure 72, objections to the Report and Recommendation were due no later than October 2, 2023 (14 days from service of the Report and Recommendation, plus 3 days to allow for mail service). The Court has not received any objections from Ms. Arnold.

The Court has reviewed the Report and Recommendation and agrees with the findings and recommendation that the case be dismissed without leave to amend. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this case without leave to amend pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**.

Dated: October 10, 2023

                                              SUSAN ILLSTON
                                              United States District Judge