UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE ENCAR ARNOLD,

        Plaintiff,

   v.

UNITED STATES MARSHAL SERVICE, et al.,

        Defendants.

Case No. 22-cv-09188-SI

**JUDGMENT**

     This case has been dismissed without leave to amend.   Judgment is hereby entered accordingly.

     **IT IS SO ORDERED AND ADJUDGED**.

Dated:  October 10, 2023

SUSAN ILLSTON
United States District Judge